# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>GUARDIAN INDUSTRIES, LLC,<br><br>        Defendant. | Case No. 1:24-cv-00853-KES-SAB<br><br>ORDER RE STIPULATION REGARDING DISCOVERY<br><br>(ECF Nos. 13, 14, 16) |

Following a July 29, 2025 informal discovery dispute hearing (ECF No. 14), the parties filed a stipulation on July 31, 2025, memorializing their agreement related to the various discovery matters at issue. (ECF No. 16.) Pursuant to the terms of the stipulation and good cause appearing, the Court HEREBY ORDERS that:

1. Defendant shall produce the job descriptions for Class Members during the Class Period **by August 19, 2025**.

2. Defendant shall produce a sample of putative Class Members' itemized wage statements during the Class Period **by August 19, 2025**. Said sample shall consist of two back-to-back wage statements for each quarter of the Class Period, which are to be identified in a random fashion, and the sample shall include the pay periods identified in **Exhibit 1**. Pursuant to the Parties' agreement, the sample methodology may be considered to produce a sample that is representative of the Class Period.

3. Defendant shall produce a sample of audit trails of Class Members' time records during the Class Period **by August 19, 2025**. Said sample shall consist of two back-to-back pay periods per each half year of the Class Period. The sample has been identified in a random fashion, and the sample includes the pay periods identified in **Exhibit 2**. Pursuant to the Parties' agreement, the sample methodology may be considered to produce a sample that is representative of the Class Period.

4. Defendant shall provide the personal phone numbers and personal email addresses for Class Members during the Class Period. This information may be designated by Defendant as CONFIDENTIAL pursuant to the Parties' protective order. Defendant shall provide this information to Plaintiff's counsel **no later than August 19, 2025**.

IT IS SO ORDERED.

Dated: **July 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge

# Exhibit 1

| Pay Period Start Date | Pay Period End Date |
|---|---|
| 05/17/20 | 05/30/20 |
| 05/31/20 | 06/13/20 |
| 08/23/20 | 09/05/20 |
| 09/06/20 | 09/19/20 |
| 11/15/20 | 11/28/20 |
| 11/29/20 | 12/12/20 |
| 02/21/21 | 03/06/21 |
| 03/07/21 | 03/20/21 |
| 03/21/21 | 04/03/21 |
| 04/04/21 | 04/17/21 |
| 06/13/21 | 06/26/21 |
| 06/27/21 | 07/10/21 |
| 08/22/21 | 09/04/21 |
| 09/05/21 | 09/18/21 |
| 01/09/22 | 01/22/22 |
| 01/23/22 | 02/05/22 |
| 03/20/22 | 04/02/22 |
| 04/03/22 | 04/16/22 |
| 07/10/22 | 07/23/22 |
| 07/24/22 | 08/06/22 |
| 08/21/22 | 09/03/22 |
| 09/04/22 | 09/17/22 |
| 12/11/22 | 12/24/22 |
| 12/25/22 | 01/07/23 |
| 02/19/23 | 03/04/23 |
| 03/05/23 | 03/18/23 |
| 04/30/23 | 05/13/23 |
| 05/14/23 | 05/27/23 |
| 08/20/23 | 09/02/23 |
| 09/03/23 | 09/16/23 |
| 10/15/23 | 10/28/23 |
| 10/29/23 | 11/11/23 |
| 01/21/24 | 02/03/24 |
| 02/04/24 | 02/17/24 |
| 03/03/24 | 03/16/24 |
| 03/17/24 | 03/30/24 |
| 07/21/24 | 08/03/24 |
| 08/04/24 | 08/17/24 |
| 10/27/24 | 11/09/24 |
| 11/10/24 | 11/23/24 |

4

| | |
|---|---|
| 12/08/24 | 12/21/24 |
| 12/22/24 | 01/04/25 |
| 03/02/25 | 03/15/25 |
| 03/16/25 | 03/29/25 |
| 05/25/25 | 06/07/25 |
| 06/08/25 | 06/21/25 |

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26             **Exhibit 2**
27
28

| Pay Period Start Date | Pay Period End Date |
|---|---|
| 05/17/20 | 05/30/20 |
| 05/31/20 | 06/13/20 |
| 11/15/20 | 11/28/20 |
| 11/29/20 | 12/12/20 |
| 03/21/21 | 04/03/21 |
| 04/04/21 | 04/17/21 |
| 08/22/21 | 09/04/21 |
| 09/05/21 | 09/18/21 |
| 03/20/22 | 04/02/22 |
| 04/03/22 | 04/16/22 |
| 08/21/22 | 09/03/22 |
| 09/04/22 | 09/17/22 |
| 02/19/23 | 03/04/23 |
| 03/05/23 | 03/18/23 |
| 08/20/23 | 09/02/23 |
| 09/03/23 | 09/16/23 |
| 01/21/24 | 02/03/24 |
| 02/04/24 | 02/17/24 |
| 07/21/24 | 08/03/24 |
| 08/04/24 | 08/17/24 |
| 12/08/24 | 12/21/24 |
| 12/22/24 | 01/04/25 |
| 05/25/25 | 06/07/25 |
| 06/08/25 | 06/21/25 |