# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOZA, *individually and on behalf of all similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES, LLC,<br><br>Defendant. | Case No. 1:24-cv-00853-KES-SAB<br><br>ORDER REGARDING STIPULATION TO CONTINUE DEADLINE FOR FILING OF CLASS CERTIFICATION MOTIONS AND PRE-CERTIFICATION DISCOVERY<br><br>(ECF No. 18) |

Before the Court is the parties' timely stipulation to continue the deadline to complete pre-certification discovery and the deadline to file for class certification (or a motion to deny class certification). For good shown, the Court approves the stipulation and ORDERS:

1. The deadline for the parties to file either a motion for class certification or a motion to deny class certification shall be continued to April 3, 2026.

2. The deadline for the parties to complete pre-certification discovery shall be continued to January 16, 2026.

IT IS SO ORDERED.

Dated: **October 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge