# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOZA, *individually and on behalf of all similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES, LLC,<br><br>Defendant. | Case No. 1:24-cv-00853-KES-SAB<br><br>ORDER VACATING OCTOBER 29, 2025 HEARING DATE<br><br>(ECF Nos. 17, 21) |

On October 3, 2025, Plaintiff filed a motion to compel Defendant to comply with court order and request for reasonable expenses and other sanctions. (ECF Nos. 17, 21.) The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g).

Accordingly, the matter is taken under submission. The hearing previously scheduled for October 19, 2025, is VACATED, and the parties will not be required to appear. The Court directs Plaintiff to advise whether he intends to pursue sanctions, notwithstanding the absence of evidence supporting costs and fees.

IT IS SO ORDERED.

Dated: **October 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1