# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOZA, *individually and on behalf of all similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUARDIAN INDUSTRIES, LLC,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00853-KES-SAB<br><br>ORDER DIRECTING PLAINTIFF TO REPLY TO DEFENDANT'S RESPONSE RE MOTION TO COMPEL<br><br>(ECF No. 23)<br><br>**ONE DAY DEADLINE** |

　　On October 24, 2025, Defendant filed a response to Plaintiff's motion to compel. (ECF No. 23.) In its response, Defendant asserts that as of October 23, 2025 it has produced the wage statements sought in Plaintiff's motion to compel and, therefore, has complied with the July 31, 2025 Stipulation and Order. (Id. at p. 4.)

　　Following the filing of Plaintiff's motion to compel, (ECF No. 21), the parties met and conferred and discussed that Plaintiff would consider withdrawing the motion to compel upon Defendant's compliance. (Id.) Defendant contends that Plaintiff has refused to do so at this time. (Id.) Defendant further argues that its actions do not constitute a "complete and total failure" to respond to a discovery request or order under Local Rule 251(e). Prior to the instant motion to compel, Defendant asserts it complied with nearly all of the requirements set forth in the July 31, 2025 Stipulation and Order and had informed Plaintiff that it was in the process of gathering the wage statements. (Id. at p. 5.) Defendant maintains that under these circumstances, Plaintiff

was obligated to adhere to the meet and confer requirements under Local Rule 251 and file a joint statement regarding the discovery disagreement prior to filing a motion to compel. (Id.)

Based on the assertions set forth in Defendant's response, the Court HEREBY ORDERS that Plaintiff shall file a reply to Defendant's response (ECF No. 23) on or before **October 28, 2025.**

IT IS SO ORDERED.

Dated: **October 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2