# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOZA, *individually and on behalf of all similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> GUARDIAN INDUSTRIES, LLC, <br><br> Defendant. | Case No. 1:24-cv-00853-KES-SAB <br><br> ORDER RE INFORMAL DISCOVERY DISPUTE <br><br> (ECF Nos. 28, 30, 31) |

On December 16, 2025, the Court conducted an informal videoconference regarding a discovery dispute. Counsel Nathan Reese and Monique Rodriguez appeared for Plaintiff Frank Espinoza, and counsel Lucy Bertino and Michael Witczak appeared for Defendant Guardian Industries, LLC. The Court notes this matter was conducted off the record; however, the parties were afforded an opportunity to place the matter on the record at any time during the videoconference, but no party requested to do so. The parties agreed to conduct this matter through the Court's informal discovery procedure.

Following the informal discovery dispute hearing, the parties filed a joint stipulation and proposed order memorializing the Court's orders and their agreement related to various discovery matters at issue. (ECF Nos. 29, 30.) Pursuant to the orders made at the informal discovery dispute hearing, the parties' stipulation, and good cause appearing, IT IS HEREBY ORDRED that:

1

1. Defendant shall produce all itemized wage statements as they are presented to employees during the course of their employment for the 10 putative class members identified in Exhibit 1, (ECF No. 31-1), no later than January 30, 2026;

2. Defendant shall produce all meal period waiver forms, revocation of waiver of meal period forms, and on-duty meal period agreements that exist for the 100 putative class members identified in Exhibit 2, (ECF No. 31-2), no later than January 30, 2026;

3. Plaintiff is authorized to file a motion to compel further responses to Plaintiff's Requests for Production of Documents Nos. 63-74, in the event of the parties' further meet and confer efforts are unsuccessful;

4. Defendant shall designate a person or persons to testify on its behalf in accordance with Federal Rule of Civil Procedure 30(b)(6) with respect to Timekeeping System, Data Fields, and Edits (Matter Nos. 12, 14, 16, 56 and 59); Practices Relating to the Review, Editing, Modifying, and Retention of Time Records (Matter Nos. 13, 15, 16 and 56); Time Records, Timesheet Audit Report, Employee Punch Report, and AB Guardian Absences for Plaintiff and Putative Class Members (Matter Nos. 16, 56, and 59); Expense Reimbursement Policies and Procedures (Matter Nos. 33-34); Bonuses – Criteria and Calculations (Matter Nos. 37-39, 54); Regular Rate Calculation (Matter No. 35, 36 and 40); Payroll Processing Policies and Procedures (Matter Nos. 41-43, 45-46, and 56); Payroll Auditing, Review, and Examination (Matter No. 42, 43, and 45-46); Wage Statements/Payroll Registers (Matter Nos. 36, 46-51, 54-56, and 59) outlined in Exhibit 3, (ECF No. 31-3.) The Parties will meet and confer regarding the deposition length and scope of each topic prior to the deposition to ensure Defendant can adequately prepare the witness and the deposition accomplishes the intended goal of providing Plaintiff information that was not provided during the initial 30(b)(6) deposition. The deposition shall be held via remote video conference no later than February 13, 2026, on a mutually agreeable date; and

5. The pre-certification discovery deadline is continued to February 20, 2026.

IT IS SO ORDERED.

Dated: **January 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge

3