# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOZA, *individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California*, <br><br> Plaintiff, <br><br> v. <br><br> GUARDIAN INDUSTRIES, LLC, <br><br> Defendant. | Case No. 1:24-cv-00853-KES-SAB <br><br> ORDER REGARDING STIPULATION TO CONTINUE THE PRE-CERTIFICATION DISCOVERY DEADLINE AND DEADLINES FOR THE FILING OF THE CLASS CERTIFICATION MOTIONS <br><br> (ECF No. 33) |

Before the Court is the parties' timely stipulation to continue the deadline to complete pre-certification discovery and the deadline to file for class certification (or a motion to deny class certification). For good shown, the Court approves the stipulation and ORDERS:

1. The deadline for the parties to complete pre-certification discovery is continued to April 6, 2026;

2. The deadline for the parties to file either a motion for class certification (or a motion to deny class certification) is continued to May 18, 2026.

IT IS SO ORDERED.

Dated:   **February 23, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge