# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOZA, *individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California*, | Case No. 1:24-cv-00853-KES-SAB |
| Plaintiff, | ORDER CONTINUING JUNE 24, 2026 HEARING |
| v. | (ECF No. 49) |
| GUARDIAN INDUSTRIES, LLC, | |
| Defendant. | |

On June 8, 2026, Defendant filed a motion to strike the declarations of fifteen putative class members and Lawrence W. Beall filed in support of Plaintiff's motion for class certification. (ECF No. 49.) Defendant filed and noticed the motion concurrently with its opposition to Plaintiff's motion for class certification pursuant to Local Rule 230(e). (Id. at p. 2.)

Local Rule 230(e) permits a party to file a counter-motion "that is related to the general subject matter of the original motion," and provides that "the Court may continue the hearing on the original and all related motions so as to give all parties reasonable opportunity to serve and file oppositions and replies to all pending motions." L.R. 230(e). Pursuant to the local rule, the Court finds it appropriate to CONTINUE the hearing currently set for June 24, 2026, to **July 8, 2026 at 10:00 AM in Courtroom 9 before Magistrate Judge Stanley A. Boone,** to allow the

parties sufficient time to file their opposition and reply briefs.   Briefing shall proceed in accordance with the Local Rules.  See L.R. 230.


IT IS SO ORDERED.

Dated:   **June 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge