# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOZA, *individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California*,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES, LLC,<br><br>Defendant. | Case No. 1:24-cv-00853-KES-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF Nos. 39, 49) |

Pending before the Court is a motion to certify class filed by Plaintiff Frank Espinoza, and a motion to strike declarations of putative class members and expert Lawerence W. Beall filed by Defendant Guardian Industries, LLC.  (ECF Nos. 39, 49.)  The Court held a hearing on the motions on July 8, 2026.  Counsel Nathan J. Reese and Monique R. Rodriguez appeared on behalf of Plaintiff, and counsel Mark W. Wallin appeared on behalf of Defendant.

For the reasons stated on the record, the Court EXTENDS the pre-certification discovery deadline to **October 2, 2026,** and CONTINUES the motion for class certification to **December 2, 2026, at 10:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.**  In light of the Court's extension of the discovery deadline, Plaintiff has agreed to withdraw his pending motion for class certification.  Accordingly, the Court sets the following briefing schedule: Plaintiff shall have through **October 21, 2026**, to file a motion for class certification;

Defendant shall have through **November 4, 2026**, to file an opposition to the motion; and Plaintiff shall have through **November 12, 2026**, to file a reply.

The Court will take the motion to strike the putative class members declarations under submission. Counsel shall have through **July 10, 2026** to submit supplemental materials concerning the disclosures of the class declarants.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall have through **July 10, 2026,** to file supplemental materials related to the disclosures of the class declarants;

2. The parties shall have through **October 2, 2026**, to conduct discovery;

3. Plaintiff shall have through **October 21, 2026**, to file a motion for class certification;

4. Defendant shall have through **November 4, 2026**, to file an opposition to the motion;

5. Plaintiff shall have through **November 12, 2026**, to file an optional reply;

6. The hearing on the motion for class certification is CONTINUED to **December 2, 2026, at 10:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone**; and

7. The Clerk of Court is DIRECTED to TERMINATE Plaintiff's motion for class certification (ECF No. 39).

IT IS SO ORDERED.

Dated:   **July 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2