# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANK ESPINOZA, *individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California*,

Plaintiff,

v.

GUARDIAN INDUSTRIES, LLC,

Defendant.

Case No. 1:24-cv-00853-KES-SAB

ORDER CLARIFYING BRIEFING SCHEDULE

(ECF No. 57)

On July 8, 2026, the Court set a briefing schedule in this action. (ECF No. 57.) The Court clarifies that the reference to the "pre-certification discovery deadline" in the briefing schedule was intended to refer to the deadline for pre-certification expert discovery, as discussed at the July 8, 2026 hearing. The deadlines set forth in the briefing schedule remain unchanged. The briefing schedule (ECF No. 57) is clarified to reflect the foregoing.

IT IS SO ORDERED.

Dated: **July 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge