# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOZA, *individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California*,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES, LLC,<br><br>Defendant. | Case No. 1:24-cv-00853-KES-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>(ECF No. 78) |

Currently before the Court is Plaintiff's unopposed motion to file documents under seal in support of Plaintiff's motion for class certification. (ECF No. 78.) Plaintiff seeks to seal the redacted wage statements and payroll register reports for multiple putative class members, filed in connection with his motion for class certification, which were marked by Defendant as "confidential" pursuant to the parties stipulated protective order. (Id; see also ECF No. 8.)

Local Rule 141 governs requests to seal. Pursuant to this rule, "[d]ocuments may be sealed only by written order of the Court, upon the showing required by applicable law." L.R. 141(a). Parties making requests to seal must also "set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information." L.R. 141(b). Having considered Plaintiff's motion, the Court finds it complies with Local Rule 141(b) and grants the request to

file under seal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to file documents under seal documents (ECF No. 78) is GRANTED;

2. Plaintiff is DIRECTED to file the documents under seal. See L.R. 141(e)(2)(i); and

3. The documents shall remain under seal until the first day of trial.

IT IS SO ORDERED.

Dated: **November 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge